886 A.2d 1136

In re M.J.M., a Minor.

Appeal of M.J.M., a Minor.

Supreme Court of Pennsylvania.

Argued Dec. 7, 2005.

Decided Dec. 21, 2005.

Jeanne Trivellini, Andrea E. Mertz, Glenn D. Welsh, Reading, for M.J.M., a minor, appellant.

Mark Carlyle Baldwin, Reading, Douglas Jerome Waltman, Alisa R. Hobart, for the Com. of PA, appellee.

Before: CAPPY, C.J., CASTILLE, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice NIGRO did not participate in the consideration or decision of this matter.